UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                         Case No. 12-15473

    Eduardo R Torres Jr
    Kristen L Torres
              Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/17/2012.

2) The plan was confirmed on 06/26/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/18/2013.

5) The case was converted on 03/05/2014.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $41,757.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $48,852.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$48,852.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,866.20 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,366.20** |

Attorney fees paid and disclosed by debtor:     $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL SERVICES INC | Unsecured | 26.60 | NA | NA | 0.00 | 0.00 |
| ACL SERVICES INC | Unsecured | 2.80 | NA | NA | 0.00 | 0.00 |
| ACL SERVICES INC | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 1,688.40 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SAMARITAN HOS | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Secured | 34,133.77 | 34,133.77 | 34,133.77 | 20,026.76 | 2,019.59 |
| AMERICREDIT FINANCIAL DBA GM | Secured | 34,153.64 | 34,153.64 | 34,153.64 | 20,025.15 | 2,021.21 |
| BACK BOWL I LLC SERIES C | Unsecured | 16,866.00 | 17,117.46 | 17,117.46 | 0.00 | 0.00 |
| BACK BOWL I LLC SERIES C | Unsecured | 1,496.03 | 1,434.98 | 1,434.98 | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 926.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,914.79 | 1,914.79 | 1,914.79 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,930.89 | 2,005.76 | 2,005.76 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,636.00 | 1,661.94 | 1,661.94 | 0.00 | 0.00 |
| BOLINGBROOK HEALTHCARE ASSO | Unsecured | 59.40 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 4,748.00 | 4,850.12 | 4,850.12 | 0.00 | 0.00 |
| CASHCALL INC | Unsecured | 5,074.00 | 5,849.46 | 5,849.46 | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 151.33 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 2,739.35 | 2,804.27 | 2,804.27 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 1,965.00 | 2,311.54 | 2,311.54 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 1,998.33 | 2,072.71 | 2,072.71 | 0.00 | 0.00 |
| DIRECT LOAN SERVICING CENTER | Unsecured | 18,453.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 7,128.00 | 7,321.34 | 7,321.34 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 2,074.72 | 2,058.62 | 2,058.62 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 40.40 | 40.40 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 1,589.00 | 1,693.53 | 1,693.53 | 20.66 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 26,347.03 | 26,347.03 | 26,347.03 | 372.43 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Unsecured | 1,049.69 | 1,049.69 | 1,049.69 | 0.00 | 0.00 |
| KEYSTONE RECOVERY PARTNERS L | Unsecured | 6,797.39 | 6,892.90 | 6,892.90 | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CTR | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 6,170.67 | 6,554.26 | 6,554.26 | 0.00 | 0.00 |
| MIDWEST SURGICAL CONSULTANTS | Unsecured | 199.40 | NA | NA | 0.00 | 0.00 |
| MIDWEST WOMEN OBGYN | Unsecured | 788.21 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL VI LLC | Unsecured | 1,460.30 | 1,490.47 | 1,490.47 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL VI LLC | Unsecured | 6,874.00 | 6,949.11 | 6,949.11 | 0.00 | 0.00 |
| PEDIATRIC ANES ASSOC LTD | Unsecured | 87.91 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 8,484.73 | 8,624.47 | 8,624.47 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,027.56 | 1,072.21 | 1,072.21 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,266.00 | 1,317.84 | 1,317.84 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 253.50 | 319.58 | 319.58 | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 10,458.00 | NA | NA | 0.00 | 0.00 |
| SLM PC CREDIT STUDENT LOAN TRU | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 5,633.23 | 3,792.41 | 3,792.41 | 0.00 | 0.00 |
| SUBURBAN RADIOLOGISTS | Unsecured | 49.20 | NA | NA | 0.00 | 0.00 |
| THE PEDIATRIC FACULITY INC | Unsecured | 90.54 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $68,287.41 | $40,051.91 | $4,040.80 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$68,287.41** | **$40,051.91** | **$4,040.80** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $28,040.56 | $393.09 | $0.00 |
| **TOTAL PRIORITY:** | **$28,040.56** | **$393.09** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$89,506.33** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,366.20 |
| Disbursements to Creditors | $44,485.80 |
| **TOTAL DISBURSEMENTS** : | **$48,852.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/21/2014          By: /s/ Glenn Stearns
                                                               Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**